**Order entered May 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00007-CR
No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J, F10-01184-J**

## ORDER

The Court **REINSTATES** the appeals.

On April 10, 2014, we granted the motion of Nanette Hendrickson to withdraw as appellant's attorney and ordered the trial court to appoint new counsel to represent appellant in this appeal. We have received the trial court's order appointing Michael Mowla to represent appellant.

We **DIRECT** the Clerk to list Michael Mowla as appellant's attorney of record.

On February 20, 2014, we ordered the Dallas County District Clerk to file the clerk's records in these appeals within forty-five days. To date, we have not received the clerk's records.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **FIFTEEN DAYS** of the date of this order.

Appellant's brief is due within **SIXTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; Michael Mowla; and Michael Casillas.

/s/     LANA MYERS
          JUSTICE